NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MENTOR GRAPHICS CORPORATION, an Oregon corporation,**
*Plaintiff-Appellee*

v.

**EVE-USA, INC., a Delaware corporation, SYNOPSYS EMULATION AND VERIFICATION S.A.S., formed under the laws of France, SYNOPSYS, INC., a Delaware corporation,**
*Defendants-Appellants*

---

2015-1470

---

Appeals from the United States District Court for the District of Oregon in No. 3:10-cv-00954-MO, 3:12-cv-01500-MO, 3:13-cv-00579-MO, Judge Michael W. Mosman.

---

**ON MOTION**

---

**O R D E R**

Defendant-Appellant Synopsys Emulation and Verification S.A. informs the court that it has become Synopsys Emulation and Verification S.A.S. and moves to amend the caption accordingly.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31